**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RICCARDO MERCURIO** **CIVIL ACTION**

**VERSUS** **NO. 26-00406-JWD-EWD**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; K. JORDAN, WARDEN, CAMP 57, ANGOLA, LA**

---

# ORDER

---

Considering the *Joint Motion to Dismiss* and for good cause shown,

**IT IS ORDERED** that the motion is **GRANTED** and Petitioner's Habeas Petition is hereby DISMISSED.

Baton Rouge, Louisiana, this 26th day of August, 2026.

**HONORABLE JOHN W. DEGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**